# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TINIKO BRADDY THOMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0544

[May 7, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case No. 14-007484-CF10A.

Tiniko Braddy Thompson, Ocala, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005); *Padgett v. State*, No. 3D25-0349, 2025 WL 1172840, at *1 (Fla. 3d DCA Apr. 23, 2025).

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***